**ARNOLD & PORTER KAYE SCHOLER LLP**
JOHN D. LOMBARDO (State Bar No. 187142)
john.lombardo@arnoldporter.com
BRIAN K. CONDON (State Bar No. 138776)
brian.condon@arnoldporter.com
JESSE MENTZ (State Bar No. 341212)
jesse.mentz@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

Attorneys for Defendants
Adventist Health System West dba Adventist Health,
Adventist Health Employee Medical Plan--Engaged!,
Administrative Committee, and Blue Zones, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melissa Keller, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Adventist Health System West dba Adventist Health; Adventist Health Employee Medical Plan–Engaged!; Administrative Committee; Blue Zones, LLC; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00907-TLN-AC<br><br>**ORDER HOLDING SUBMITTED MOTION IN ABEYANCE**<br><br>Judge:  Hon. Troy L. Nunley<br>Ctrm:   2 |

Having considered the parties' stipulation to hold a submitted motion in abeyance, the Court HEREBY ORDERS THAT:

Defendants' petition and motion to compel binding arbitration (Dkt. 8, 8-1) (the "Pending Motion"), which the Court has deemed submitted, shall be held in abeyance through and until May 31, 2023, while the parties discuss a potential stipulation that, if reached, may dispose of the Pending Motion or the entire action. The parties shall notify the Court in writing on or before May 31, 2023, as to whether the Pending Motion has been resolved by agreement.

Dated: 5/1/2023

_____
Troy L. Nunley
United States District Judge

ORDER HOLDING SUBMITTED MOTION IN ABEYANCE